No. 73, Misc.   CEPHAS *v.* TUCKER, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 79, Misc.   ROUSSEAU *v.* DISTRICT COURT OF APPEAL OF CALIFORNIA, FIRST APPELLATE DISTRICT, ET AL.   Petition for writ of certiorari to the District Court of Appeal of California, First Appellate District, denied.

No. 81, Misc.   BROWNLOW *v.* FLORIDA ET AL.   Supreme Court of Florida.   Certiorari denied.

No. 83, Misc.   McCoy *v.* TUCKER, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 85, Misc.   STRICKLAND ET AL. *v.* PERRY.   C. A. 5th Cir.   Certiorari denied.   *J. B. Hodges* for petitioners. *J. Velma Keen* for respondent.

No. 87, Misc.   SABO, ADMINISTRATOR, *v.* READING COMPANY ET AL.   C. A. 3d Cir.   Certiorari denied.   Petitioner *pro se. Richard P. Brown, Jr.* for the Reading Company, and *T. E. Byrne, Jr.* for the Bethayres Concrete Products Co., Inc., respondents.

No. 90, Misc.   MORGAN *v.* NEW YORK.   County Court of Queens County, New York.   Certiorari denied.

No. 92, Misc.   KOWALSKI *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 94, Misc.   GOINS *v.* LOUISIANA.   Supreme Court of Louisiana.   Certiorari denied.